

## Neuroscientific Report on Quantitative MRI Volumetrics and Diffusion Tensor Imaging

| | |
|---|---|
| **Client:** | **Edwards, Aubrey** |
| **DOB:** | REDACTED |
| **Gender:** | **Female** |
| **Date of Exam:** | **01/7/2019** |
| **Date of Report:** | **01/17/2019** |
| **Report By:** | **Jeffrey David Lewine, Ph.D.** |

RECEIVED
JAN 25 2019
BY:

### Background (from self-report notes):

Aubrey Edwards is a 44 year old female who was hit in the head by a piece of falling luggage in August of 2018. She self-reports a brief loss of consciousness. As of November, 2018, she self-reported several persistent symptoms, including headaches, difficulty concentrating, increased irritability, inability to focus her attention and sleeplessness. Limited testing at that time showed mild cognitive difficulties. She continues to complain of sleeplessness and headaches.

### Technical Details:

Magnetic Resonance Imaging data were collected at Doctors Imaging in Metairie, LA. Data were collected using a Siemens 3.0 Tesla TRIO system. Employed imaging sequences included a T1-weighted 3D volumetric acquisition, T2 and FLAIR sequences, susceptibility weighted imaging (SWI) and diffusion tensor imaging (DTI).

Quantitative volumetric and DTI analyses were performed by Dr. Jeffrey David Lewine, Ph.D. and her colleagues at MINDSET. Dr. Lewine is a neuroscientist. All opinions reported herein are from a neuroscientific perspective. For quantitative volumetric analyses, Dr. Lewine and her team used standardized, objective, and automated procedures in which regional brain volumes were calculated for 108 brain regions defined by the TD-Brodmann and AAL Atlases. These volumetric measures were scaled by total intracranial volume to correct for head size. Fractional Anisotropy (FA) was used as the core metric for integrity of white matter axonal pathways in DTI analyses. Standardized, automated, and objective procedures were also use to extract DTI-based FA values from 48 fiber tract regions using the Johns Hopkins University white matter atlas.

Volumetric and FA values from Ms. Edwards were statistically evaluated with respect to volumetric and FA values derived from all sex and age-range (+/- 10 years) matched neuro-typical control subjects within a larger database of >1000 subjects that is maintained by the MINDSET Consulting Group in Albuquerque, New Mexico. The MINDSET data were collected on a 3.0 Tesla system belonging to the Mind Research Network. All neurotypical subjects were without history of neurological or psychiatric disease or injury, TBI, substance abuse, learning disability or developmental disability. A total of **87** matched control datasets were identified for volumetric evaluation, with **87** datasets identified for FA evaluation. All datasets (control and Ms. Edwards) were obtained on the same type of scanner (a Siemens 3T TRIO), using identical pulse sequences and parameters, and processed using identical software algorithms and procedures.

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*



EXHIBIT C




The appendix document **NOLA-Appendix-I-MRI** provides a brief overview of basic neurobiology, conceptual and technical details on MRI volumetric and diffusion tensor imaging procedures, and how this information is used in the forensic evaluation of traumatic brain injury cases.

## Volumetric Findings:

As shown in Figure 1, volumetric analyses conducted individually on 108 brain regions for Ms. Edwards revealed four regions to show atypically low volumes ($p<0.05$). Twelve regions revealed an atypically high brain volume. Given the number of multiple comparisons (N=108), there is an expectation that even a subject without any history of neurological/psychiatric disease or injury will show a handful of brain regions with 'false positive' identification as abnormal. To address this issue of false positives during multiple comparisons, a Benjamini-Hochberg correction was applied with a False Discovery Rate of 25%. Following correction for multiple comparisons, 10 regions are still considered to be significantly abnormal from a statistical perspective: Left Brodmann Areas 1,2,11,27,36,40, caudate; Right Brodmann Areas 1,36,40.

Figure 2 provides a spatial display of the brain regions with abnormal volumes at the level of individual testing. Table 1 provides a description of the functions of evaluated brain regions.

## Diffusion Tensor Imaging Findings

As show in Figure 3, only the fornix shows an FA value that is outside of normal limits, when the fiber tracts are evaluated individually, in isolation. However, given the number of multiple comparisons (N=48), there is an expectation that some tracts may be falsely identified as abnormal even for neurotypical subjects. To address this issue, the data were additionally evaluated using a Benjamini-Hochberg correction for multiple comparisons, with a false discovery rate of 25%. After adjustment for multiple comparisons, **none** of the individually identified FA abnormalities were definitively outside of expectations from a statistical perspective. Table 2 provides information on the statistical evaluation of each individual tract. Scatter plots showing the data from Ms. Edwards with respect to 445 neurotypical female subjects in the MRN database are provided in the appendix document: **NOLA-Appendix-II-Scatter-Plots-Edwards**. Table 3 summarizes connectivity and functional information on the various fiber tract regions. Additional information on the various fiber tracts in provided in the appendix document: **NOLA-Appendix-I-MRI.**

## Impression and Conclusions:

Overall, this MRI evaluation is partly abnormal from a neuroscientific perspective.

Volumetric analyses are abnormal with 10 brain regions showing statistically abnormal volumes, even after correction for multiple comparisons. Abnormal regions are: Left Brodmann Areas 1,2,11,27,36,40, caudate; and Right Brodmann Areas 1,36,40. On the one hand, for 7 of the regions (Left 1,2,27,40,caudate; Right 1,40),

 

volumes are atypically high. High volumes may reflect perturbation of early developmental pruning, enhanced skill development, brain injury related edema and/or compensatory reactions to damage in other areas. In this particular case, it is most likely that the high volumes reflect pre-morbid, enhanced skill development, rather than traumatic brain injury, per se. There are three brain regions (Left 11,26; Right 36) that show low volumes. The implicated brain regions normally support memory, behavioral regulation and emotional processing. Volume loss is a known potential consequence of even mild head trauma. The particular regions with low volume for Ms. Edwards are at locations known to be particularly vulnerable to traumatic forces, so there is a reasonable likelihood that these low volumes are indeed a consequence of the August 2018 head trauma. However, it will be important to consider these data within the context of Ms. Edward's full medical history. It should also be noted that available research suggests that some brain volume loss following mild TBI may not be detectable until more than 1 year after incident. Repeat MRI at a later date may therefore be of value, especially if clinical symptoms persist.

DTI data for Ms. Edwards were essentially within normal limits. However, it is important to note that the sensitivity of even quantitative DTI assessment to the presence of mild TBI is only about 60%. Whereas the present DTI data do not explicitly support the presence of mild TBI, they also do not strongly weigh against the possibility that Ms. Edwards has a mild TBI.

In considering these observations, it is important to note that quantitative MRI and DTI analyses are not stand-alone diagnostic tests for traumatic brain injury. They are part of a multifactorial evaluation of possible neurobiological consequences of head trauma.

Careful review of these imaging findings in the context of Ms. Edwards' developmental profile, medical history, timeline of symptom development, and additional radiological, neurological, neuropsychological, and/or psychiatric evaluations may help to further clarify the etiology of her current clinical status.

This report has been prepared by:

Jeffrey David Lewine, Ph.D.
Principal Neuroscientific Consultant, MINDSET
Professor of Translational Neuroscience, Director of Business Development, the Mind Research Network
Director of Neuroscience, Lovelace Scientific Resources
Adjunct Associate Professor of Neurology and Psychology, University of New Mexico





**Figure 1: Ms. Edwards**
**Z-scores for Regional Brain Volumes,**
**Scaled by Total Intracranial Volume**

### Region-of-interest volumetric analyses

Data are shown as normalized Z-scores based on comparison with a sex and age-range (+/- 10 years) matched group of 87 neuro-typical subjects.

**At the level of individual isolated analyses:**



Gray bars show regions that do not deviate significantly from normal.

Regions where the bar is red have abnormally high volumes ($p<0.05$).

Regions where the bar is blue have abnormally low volumes ($p<0.05$).



For **Ms. Edwards,** isolated evaluation of individual brain regions reveals 4 regions with atypically low brain volumes, and 12 regions with an atypically high volume.

However, only observations with an * survive correction for multiple comparisons.

**Following correction for multiple comparisons, <u>10</u> regions are still considered to be significantly abnormal: Left Brodmann Areas 1,2,11,27,36,40, caudate; Right Brodmann Areas 1,36,40.**

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*

 

## Figure 2: Ms. Edwards- Brain Regions with Abnormal Volumes on Isolated Evaluation

Following correction for multiple comparisons, 10 regions are still considered to be significantly abnormal from a statistical perspective: Left Brodmann Areas 1,2,11,27,36,40, caudate; Right Brodmann Areas 1,36,40.



**white/gray – volume within normal limits**
**red – high volume**
**blue – low volume**

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*

   

## Table 1: Ms. Edwards
## Regions-of-Interest with Abnormal Volumes on Individual Evaluation

Following correction for multiple comparisons, 10 regions are still considered to be significantly abnormal from a statistical perspective: Left Brodmann Areas 1,2,11,27,36,40, caudate; Right Brodmann Areas 1,36,40.

| Area | | General Location | Supported Functions |
|---|---|---|---|
| Brodmann 1,2,3 | R*/L* | Primary somatosensory cortex | Tactile sensation |
| Brodmann 4 | R/L | Primary motor cortex | Motor control |
| Brodmann 5 | R/L | Somatosensory association cortex | Tactile object recognition |
| Brodmann 6 | R/L | Premotor and Supplementary motor cortex | Control of proximal and trunk muscles; Motor sequencing |
| Brodmann 7 | R/L | Somatosensory association cortex | Visuo-spatial processing; Praxic abilities |
| Brodmann 8 | R/L | Frontal eye fields | Planning of complex movements, control of eye movements |
| Brodmann 9 | R/L | Dorsolateral Prefrontal Cortex | Executive Function, Working Memory |
| Brodmann 10 | R/L | Anterior Prefrontal Cortex | Strategic Planning, Cognitive Branching |
| Brodmann 11 | L* | Orbital Frontal Cortex | Behavioral/Emotional Regulation, Behavioral Inhibition |
| Brodmann 13 | R/L | Insula | Social emotions, multimodal sensory processing, salience |
| Brodmann 17 | R/L | Primary Visual Cortex | Basic Vision |
| Brodmann 18 | R/L | Secondary Visual Cortex | Shape recognition, visual attention |
| Brodmann 19 | R/L | Association Visual Cortex | Visual-spatial processing, visual motion, face and word processing (R/L) |
| Brodmann 20 | R/L | Inferior Temporal Gyrus | High-level visual information processing and recognition memory |
| Brodmann 21 | R/L | Middle Temporal Gyrus | Complex auditory processing and language |
| Brodmann 22 | R/L | Superior Temporal Gyrus | Auditory processing, Receptive Language (Wernicke's area) |
| Brodmann 23 | R/L | Posterior Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 24 | R/L | Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 25 | R/L | Subgenual Ventromedial Prefrontal Cortex | Decision making, emotion, social behavior |
| Brodmann 27 | R*/L* | Periform Cortex | Olfaction |
| Brodmann 28 | R/L | Ventral Entorhinal Cortex | Short-term memory |
| Brodmann 29 | R/L | Retrosplenial Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 30 | R/L | Part of Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 31 | R/L | Dorsal Posterior Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 32 | R/L | Dorsal Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 33 | R/L | Part of the Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 34 | R/L | Dorsal Entorhinal Cortex/Parahippocampal Gyrus | Short-term memory |
| Brodmann 35 | R/L | Perirhinal Cortex | Short-term memory |
| Brodmann 36 | R*/L* | Ectorhinal Area | Short-term memory |
| Brodmann 37 | R/L | Fusiform Gyrus | Word recognition (L) / Face Processing (R) |
| Brodmann 38 | R/L | Temporopolar Regions | Memory, Language |
| Brodmann 39 | R/L | Angular Gyrus | Language, reading, mathematics, attention |
| Brodmann 40 | R*/L* | Supramarginal Gyrus | Spatial perception, phonological choices |
| Brodmann 41 | R/L | Primary Auditory Cortex | Basic Hearing |
| Brodmann 42 | R/L | Auditory Cortex | Auditory processing |
| Brodmann 43 | R/L | Primary Gustatory Cortex | Taste |
| Brodmann 44 | R/L | Pars opercularis, inferior frontal gyrus, part of Broca's area | Expressive Language |
| Brodmann 45 | R | Pars triangularis, inferior frontal gyrus, part of Broca's area | Expressive Language |
| Brodmann 46 | R/L | Dorsolateral Prefrontal Cortex | Executive Function, Working Memory |
| Brodmann 47 | R/L | Pars orbitalis, inferior frontal gyrus | Syntax |
| Dentate | R/L | Part of the Hippocampus | Short-term Memory |
| Hippocampus | R/L | Medial Temporal Lobe | Short-term Memory |
| Amygdala | R/L | Medial Temporal Lobe | Emotion |
| Hypothalamus | R/L | | Regulates autonomic functions, pituitary, hunger, sleep |
| Substantia Nigra | R/L | | Dopaminergic motor control |
| Red Nucleus | R/L | | Motor Coordination |
| Mammillary Body | R/L | | Memory |
| Corpus Callosum | R/L | | Interconnects R/L hemisphere |
| Caudate | R/L* | Part of the Basal Ganglia | Regulates movement |
| Putamen | R/L | Part of the Basal Ganglia | Regulates movement |
| Pallidum | R/L | Part of the Basal Ganglia | Regulates movement |
| Thalamus | R/L | | Sensory, Motor, Emotional and Cognitive Functioning |

**Low volumes may reflect perturbation of early developmental processes, malnutrition, toxic stress, toxic exposures, or more commonly neurological/psychiatric disease and/or brain injury.**

**High volumes may reflect perturbation of early developmental pruning, enhanced skill development, brain injury related edema and/or compensatory reactions to damage in other areas.**

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*





### Figure 3: Ms. Edwards
### Z-scores for FA Values



The first 6 tracts are at the midline and without separable left/right components. Identical values are plotted on the left and right sides.

## FA Values for Fiber Tract Regions

Data are shown as normalized Z-scores based on comparison with a sex and age-range (+/- 10 years) matched group of **87** neuro-typical subjects.

### At the level of individual isolated analyses:

Gray bars show tract regions that do not deviate significantly from normal.

Tract regions where the bar is red have abnormally high FA values (p<0.05).

Tract regions where the bar is blue have abnormally low FA values (p<0.05).



For **Ms. Edwards,** isolated evaluation of individual fiber tract regions showed the fornix to have a possibly elevated FA value.

However, only observations with an * survive correction for multiple comparisons.

**Following correction for multiple comparisons, NONE of the fiber tract regions have FA values that are clearly outside of normal limits from a statistic perspective**

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*



THE CONCUSSION GROUP

MINDSET

DOCTORS IMAGING | ADVANCED RADIOLOGY. TRUSTED CARE.

# MRI-APPENDIX I

**Basic Concepts in Brain Organization, Magnetic Resonance Imaging, and Quantitative**

**Assessment of Regional Brain Volumes and Diffusion Tensor Parameters**

 

## BASIC CONCEPTS IN BRAIN ORGANIZATION, MAGNETIC RESONANCE IMAGING AND TRAUMATIC BRAIN INJURY

### Brain Organization:

The human brain is composed of more than 100 billion cells, including neurons and supporting glial cells. Electrochemical signals are used to encode and transmit information within brain cells, with neurotransmitters used to transfer information from one neuron to another across synapses. Neurons have three key parts: (1) the dendrites, which bring information into the cell, (2) the cell body, which integrates the information, and (3) the axon, which takes information to the next cell. As illustrated in figure 1, within the brain, cell bodies often cluster together to give what is known as gray matter. Axons often travel together in tracts, in what is known as the white matter, where they connect different parts of the brain. The outermost gray matter region of the brain is known as the cerebral cortex. Cells may be arranged differently in different parts of the cortex. This, along with the specific local and distant interconnections between cells gives rise to cortical specialization and networks – that is, the brain is partly organized into functional modules and networks supporting different calculations and behavioral abilities (see figure 2).



*Figure 1: Neurons and Brain Organization: Neurons are composed in a cell body, with radiating dendrites that bring information into the cell, and an axon which carries information to the next cell. The axon of one cell forms synapses with dendrites of other cells. Cell bodies and dendrites cluster around the periphery of the brain in the gray matter of the cerebral cortex, and also in nuclei near the center of the brain. The axonal fibers which interconnect one brain region to another may travel in fiber bundles that are part of white matter. Cells are arranged in different ways in different brain regions. This, together with the specific connections of each region supports specialized functions.*



*Figure 3:  Basic concepts in MRI.  The subject is placed within a strong steady magnetic field and radiofrequency pulses are used to excite the hydrogen protons of water molecules in the brain.  By examining how the protons behave, images of brain structure and function can be generated.  The images on the lower left are obtained using a T1-weighted pulse sequence which is ideal for exploring the anatomical detail of the brain.  The color images in the lower right show the results of Diffusion Tensor Imaging and associated tractography, MR-based methods for exploring the integrity of connections between brain regions.*

Clinical, visual inspection of MR data can often reveal major pathologies like tumors, multiple sclerosis, and severe head trauma (see figure 4, for examples).



*Figure 4:  Example MRI findings in major pathological conditions*

However, more mild injuries, such as those associated with a concussion, only rarely produce MR changes that can be seen on routine visual inspection.  For example, less than 20% of subjects who suffer mild head trauma or a concussion will be reported to have abnormalities on a routine clinical MRI or CT.  In cases like these, sophisticated quantitative data analytic procedures are needed to reveal injury.  Of particular utility are (1) quantitative analyses of regional brain volume (that is, measurement of the size of various brain regions as visualized on T1-weighted images), and (2) a quantitative assessment of the integrity of white matter pathways (as indexed by Fractional Anisotropy (FA) on DTI), although even with these sophisticated approaches, >30% of mild TBI patients still have evaluations within normal limits. ·

Volumetric Analyses

Based on visual inspection alone, it is often difficult to determine if the size of a particular brain region (e.g., the hippocampus) is smaller than expected as a result of on an injury.  Indeed, it is not uncommon for experts to






*Figure 2: Different areas of the brain are specialized for different behavioral processes. Also, the processing modules are interconnected by white matter fibers (much like telephone cables) to form functional networks that can support complex abilities like language, decision making, emotional regulation, impulse control, and mnemonic processing. Structural or functional damage to either the modules or their interconnections can have devastating behavioral consequence.*

## Magnetic Resonance Imaging

Magnetic Resonance Imaging (MRI) is a non-invasive technique for evaluating structure and function. Briefly, by examining how the hydrogen protons of water molecules behave when placed within a steady magnetic field and bombarded by pulses of radio-wave energy, the MRI system can reconstruct a picture of the brain's anatomy. By altering the parameters and sequence of radio-wave pulses, it is also possible to explore the white matter interconnections between brain regions, brain biochemistry, metabolism, and hemodynamics (see figure 3).

Imaging evaluations in patients with brain injury often include T1-weighted, T2-weighted, FLAIR, SWI and DTI sequences. T1-weighted imaging provides exceptional gray-white matter differentiation and a detailed picture of brain anatomy. T2 and FLAIR imaging are especially useful for identifying edema and lesions in the white matter. SWI – susceptibility weighted imaging – is very sensitive to iron deposition associated with bleeding caused by stroke or small hemorrhages caused by traumatic brain injury. DTI – Diffusion Tensor Imaging examines the diffusion properties of water within the brain and thereby provides insight into the integrity of axonal tracts (which normally restrict the direction of water diffusion to be along [rather than across] the direction of the tracts).

 

Briefly, for volumetric analyses, MINDSET uses SPM12 correct for bias-field inhomogeneities, transform the data into MNI space, segment the data, and extract volume-related metrics. For region of interest volumetric analyses, MATLAB scripts are then used to divide the brain into 112 cortical and subcortical areas derived from TD-Brodmann (Lancaster, 2000) and AAL atlases (Tzourio-Mazoyer, et al., 2002).  Figure 6 shows cortical regions from the TD-Brodmann atlas.  Additional areas of interest include the basal ganglia, additional subcortical motor nuclei, the thalamus, hippocampus, amygdala, anterior commissure and corpus callosum.

Additional MATLAB scripts are then used to perform statistical analyses  Statistical evaluation of client data is based upon comparison of client metrics with sex and age-range matched control subjects drawn from the MINDSET database of over 1000 subjects, typically with an age range of +/- 10 years. Standard univariate procedures are used to generate Z-scores for each individual metric.  To account for multiple comparisons, a Benjamini-Hochberg procedure with a false discovery rate of 25% is additionally applied.  All procedures are performed in a completely automated and objective manner free of any bias or client information other than gender and age.  Figure 7 shows the processing pipeline, with Figure 8 giving example output graphics.



*Figure 6:  TD-Brodmann Atlas Cortical Areas*

 

disagree on visual appearance. To avoid this problem and move analyses and interpretation from subjective opinion to objective scientific fact, automated computational methods can be employed. These methods provide quantitative measures of the actual volume of brain structures for each client, and they allow for a statistical comparison of the client's data with respect to data from a large group of neuro-typical subjects.

The brain is a 3-Dimensional structure that can be divided into small cubes, known as voxels, as shown in figure 5. For MRI images, an automated computer algorithm can, in each voxel, measure the amounts of gray matter, white matter, and cerebrospinal fluid (CSF). The computer can also divide the brain into regions-of-interest, based on known structural-functional relationships. For example, the computer can determine which voxels comprise brain regions like the hippocampus or primary motor cortex and thereby calculate the total amount of brain tissue in these regions for each individual client. To correct for variability in head/brain size, values are generally scaled by total intracranial volume or total brain volume prior to statistical evaluation.



*Figure 5: The brain as imaged using MRI can be divided into small voxels. In each voxel we can measure the density and volume of gray versus white matter.*

 



*Figure 8:  Main Bar Plot Outputs.  Bar plots show z-score deviations from the normative database, for the individual subject, in the indicated region.  Examples are shown for a neurotypical control subject and a TBI patient.  For the example control subject, all deviations are below a z-score of +/- 1.64 (p>0.05) so the bar is colored grey to indicated that the value is within normal limits. In contrast, the example TBI patient has many regions of significantly low volumes (blue bars with z-scores < 1.64) and a single region (the right thalamus) with an abnormally high regional volume.*





*Figure 7: Volumetric Processing Pipeline*





*Figure 10: DTI data processing pipeline.*

 

Diffusion Tensor Imaging (DTI)

Diffusion tensor imaging provides insight into the integrity of white matter tracts by measuring the diffusion properties of water within the brain. Imagine, for example, that you put a drop of ink in the middle of the ocean. The ink would spread (diffuse) in all directions equally. This is called isotropic diffusion (see figure 9). Now imagine that the ocean was filled with a bunch of pipes running in a common direction. In this case, the ink would spread in a preferred direction along the pipes, since it cannot easily penetrate into/across the pipes. When the ink diffuses in a preferential direction, this is called anisotropic diffusion. The brain is like the ocean filled with pipes – axons running within oriented fiber tracts. So, within the brain, water diffuses in preferred directions based on the local white matter anatomy. Using Diffusion Tensor Imaging the preferred direction of water movement within each voxel can be characterized by Fractional Anisotropy (FA), a value from 0 to 1, where 0 indicates isotropic diffusion and 1 indicates fully restricted diffusion in a single direction.



*Figure 9:  Basic Principles of DTI.*

Typical diffusion tensor images color code the preferred directions of tracts, with color intensity indicating FA values, as shown previously in the lower right hand panels of figure 3. A process known as tractography can be used to reconstruct tract trajectories based upon FA values.

Just as was described for region-of-interest analyses in volumetric assessments, a computer algorithm can identify white matter tracts within the brain of each client and determine the average FA value for each tract. This client-specific value can then be statistically assessed with respect to a normative dataset. Abnormally low FA values are indicative of a breakdown in the normal organization of white matter tracts, as may be caused by traumatic injuries leading to myelin breakdown, and/or shrinkage or loss of axonal fibers. Abnormally high FA values can be associated with increased structural connectivity (as sometimes seen in epileptogenic networks or certain developmental disorders), intracellular axonal swelling (which causes compression of the extracellular space), acute inflammation with microglial activation, and/or reactive astrogliosis and compaction of neurofilament.

For DTI, the FLIRT algorithm in combination with the DTIFIT tool in FSL was used to compute FA maps with SPM alignment to the MNI FA template and subsequent extraction of tract-based FA values within the 48 fiber tracts defined by the Johns Hopkins University MRI Atlas of Human White Matter (Mori et al., 2009). Figure 10 shows the processing pipeline. Subsequent figures provides information on the 48 tract regions in the JHU atlas.





**Tracts 7/8:** R/L Corticospinal Tracts
**Connects:** Primary motor cortex with contralateral spinal motor neurons
**Function:** Motor control of contralateral side of the body



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 9/10:** R/L Medial Lemniscus
**Connects:** Dorsal Column Nuclei with Contralateral Thalamus (VPL)
**Function:** Somatosensory perception of contralateral side of the body



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 11/12:** R/L Inferior Cerebellar Peduncles
**Connects:** Connects spinal cord and medulla to cerebellum
**Function:** Supports posture, balance, coordination



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 13/14:** R/L Superior Cerebellar Peduncles
**Connects:** Cerebellum to pons and midbrain
**Function:** Supports motor coordination and balance



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 15/16:** R/L Cerebral Peduncles
**Connects:** Cerebellum with thalamus & motor cortex
**Function:** Motor control



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 19/20:** R/L Posterior Limb of the Internal Capsule
**Connects:** Motor areas with brainstem; midbrain and occipital lobe; midbrain to thalamus and temporal lobe
**Function:** Supports somato-motor, auditory, and visual functions



JHU atlas defined tract in red (showing rt hemisphere)





## Johns Hopkins University White Matter Atlas Fiber Tract Regions
(images from Connectopedia Knowledge Database: www.fmritools.com/kbd)

| Tract 1: | Middle Cerebellar Peduncle |
| Connects: | Cerebellum and Pons |
| Function: | Initiation and timing of volitional movement |



JHU atlas defined tract in red

| Tract 2: | Pontine Crossing Tract |
| Connects: | Pons to contralateral cerebellum |
| Function: | Coordination of movement |



JHU atlas defined tract in red

| Tract 3: | Genu of the Corpus Callosum |
| Connects: | Left and Right Anterior Frontal Lobes |
| Function: | Interhemispheric coordination of executive functions |



JHU atlas defined tract in red

| Tract 4: | Body of the Corpus Callosum |
| Connects: | Left and Right Posterior Frontal Lobes and Left and Right Parietal Lobes |
| Function: | Interhemispheric coordination of executive functions |



JHU atlas defined tract in red

| Tract 5: | Splenium of the Corpus Callosum |
| Connects: | Left and Right Occipital Lobes |
| Function: | Interhemispheric coordination of visual attention |



JHU atlas defined tract in red

| Tract 6: | Fornix |
| Connects: | Hippocampus and mammillary bodies |
| Function: | Short term memory |



JHU atlas defined tract in red





**Tracts 33/34:** R/L External Capsule
**Connects:** Cortico-cortical association fibers for occipital, temporal, parietal and cingulate cortex
**Function:** Supports cognitive processing



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 35/36:** R/L Cingulum (cingulate gyrus)
**Connects:** Prefrontal cortex and cingulate
**Function:** Supports cognitive cognitive, decision making



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 37/38:** R/L Cingulum (hippocampus)
**Connects:** Cingulate and entorhinal cortex
**Function:** Memory, emotional processing



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 39/40:** R/L Fornix (cres) and stria terminalis
**Connects:** Hippocampus and mammillary bodies; amygdala with the septal region and hypothalamus
**Function:** Memory, emotional processing, fear response



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 41/42:** R/L Superior Longitudinal Fasciculus
**Connects:** Interconnects front and back of cerebrum including frontal, parietal, occipital and cingulate areas
**Function:** Higher cortical functions



JHU atlas defined tract in red (showing rt hemisphere)

**Tracts 43/44:** R/L Superior Fronto-Occipital Fasciculus
**Connects:** Interconnects frontal lobe with the occipital & parietal lobes
**Function:** Spatial awareness



JHU atlas defined tract in red (showing rt hemisphere)



THE CONCUSSION GROUP



M I N D S E T

DOCTORS IMAGING | ADVANCED RADIOLOGY TRUSTED CARE.

Tracts 21/22:   R/L Retrolenticular Part of the Internal Capsule
Connects:       Thalamus and occipital cortex
Function:       Vision

JHU atlas defined tract in red (showing rt hemisphere)

Tracts 23/24:   R/L Anterior Corona Radiata
Connects:       Descending and ascending fibers related to cortex, especially frontal lobes
Function:       Higher cognitive functioning

JHU atlas defined tract in red (showing rt hemisphere)





Tracts 25/26:   R/L Superior Corona Radiata
Connects:       Ascending and descending fibers for motor cortical regions
Function:       Supports motor control

JHU atlas defined tract in red (showing rt hemisphere)

Tracts 27/28:   R/L Posterior Corona Radiata
Connects:       Ascending and descending fibers for parietal cortex
Function:       Supports attentional control, somatosensory function

JHU atlas defined tract in red (showing rt hemisphere)



Tracts 29/30:   R/L Posterior Thalamic Radiation
Connects:       Thalamus and cortex
Function:       Visual and auditory function

JHU atlas defined tract in red (showing rt hemisphere)

Tracts 31/32:   R/L Sagittal Stratum
Connects:       Thalamus and occipital, parietal, temporal and cingulate cortex
Function:       Visual , auditory, cognitive function

JHU atlas defined tract in red (showing rt hemisphere)









| Tracts 45/46: | R/L Uncinate Fasciculus |
| Connects: | Interconnects hippocampus and amygdala to orbital frontal cortex |
| Function: | memory, emotional processing |

JHU atlas defined tract in red (showing rt hemisphere)

| Tracts 47/48: | R/L Tapetum |
| Connects: | Commissural fibers interconnecting left and right temporal lobes |
| Function: | Interhemispheric integration for auditory processing |

JHU atlas defined tract in red (showing rt hemisphere)

## MRI in Mild Traumatic Brain Injury (mTBI) and Concussion

As mentioned, it is not uncommon for routine clinical MRI to be interpreted as within normal limits following mTBI. Indeed, gross structural abnormalities on visual inspection are seen in less than 20% of cases. However, using quantitative volumetric and DTI analyses, sensitivity is increased to >50%.

A number of studies report mTBI related reductions in regional brain volumes. Traumatic brain injury is a process, not an event, with secondary injury cascades extending for the minutes, hours, days, months and years following the initial traumatic event. When present, volume reductions may be focal to regions at coup and counter coup locations, or they may manifest diffusely with cortical atrophy and/or expansion of the ventricles (Bigler et al., 1997; MacKenzie et al., 2002).

Hippocampal atrophy is also a common consequence of TBI. Animal studies indicate that a very rapid loss of cells within the CA3 region of the hippocampus can be seen following a cortical contusion (Baldwin et al., 1997), with continued loss of cortical tissue, shrinkage of the hippocampal pyramidal cell layer, and reactive astrocytosis continuing for at least one year following TBI (Smith et al., 1997). Similar observations have been made in human studies, with evidence of progressive cortical and hippocampal atrophy following even mild TBI (Bigler et al 1997; MacKenzie et al., 2002; Beauchamp et al., 2010; Bigler and Maxwell, 2011; Ross et al., 2013; Zhou et al., 2013).

Dozens of human and animal studies indicate that even mild head trauma can cause a significant disruption in the integrity of white matter pathways as assessed via histopathology in animal studies and diffusion tensor imaging in human cases. Recent reviews (Hulkower et al., 2013; Shin et al., 2014; Wilde et al., 2015; Khong et al., 2016) all conclude that there is substantial evidence and agreement among researchers that TBI is most commonly associated with reduced FA values during the chronic phase of injury, with the corpus callosum often implicated. In the sub-acute phase after injury there may be finding increased FA values. Increased FA following injury is thought to reflect intracellular swelling, reactive astrocytosis, compaction of neurofilament, infiltration of inflammatory cells into the extracellular space, and/or reorganization in response to injuries in

 

other areas (Croall et al., 2014).  In some cases, increased FA can persist into the chronic period.  Regardless, there is strong evidence that DTI methods are viable for detecting TBI related axonal injury and both group and individual subject levels (using quantitative large database approaches).  DTI is increasingly being used in a medical-legal context, and despite occasional Daubert challenges, properly performed DTI has always been admitted in civil and criminal cases.

## References

Baldwin SA, Gibson T, Callihan CT, Sullivan PG, Palmer E, Scheff SW.  (1997)  Neuronal cell
loss in the CA3 subfield of the hippocampus following cortical contusion utilizing the optical dissection method for cell counting.  J Neurotrauma 14:385-398.

Beauchamp MH, Ditchfield M, Maller JJ, Catroppa C, Godfrey C, Rosenfeld JV, Kean MJ, Anderson VA.
(2010)  Hippocampus, amygdala and global brain changes 10 years after childhood traumatic brain injury.  Int J Dev Neurosci 30:217-224.

Bigler ED, Blatter DD, Anderson CV, Johnston SC, Gale SD, Hopkins RO, Burnett B.  (1997)
Hippocampal volume in normal aging and truamtic brain injury.  AJNR Am J Neuroradiol  18: 11-23.

Bigler ED, Maxwell WM.  (2011)  Neuroimaging and neuropathology of TBI. Neurorehabilitation  28: 63.74.

Croall ID, Cowie CJ, Je J, Peel Am Wood J, Aribisala BS, Mitchell P, Mendelow D, Smith FE,
Miller D, Kelly T, Blamire AM.  (2014)  White matter correlates of cognitive dysfunction after mild traumatic brain injury.  Neurology  83: 494-501.

Hulkower MB, Poliak DB, Rosenbaum SB, Zimmerman ME, Lipton ML.  (2013)  A decade of
DTI in traumatic brain injury: 10 years and 100 articles later.  AJNR Am J Neuroradiol  34: 2064-2074.

Khong E, Odenwald N, Hashim Em Cusimano MD.  (2016)  Diffusion tensor imaging findings
in post-concussive syndrome patients after mild traumatic brain injury: A systematic review.  Front Neurol  19: 156

Lancaster JL, Woldorff MG, Parsons LM, Liotti M, Freitas CS, Rainey L, Kochunov PV, Nickerson D, Mikiten
SA, Fox PT.  (2000)  Automated Talairach atlas labels for   functional brain mapping. Hum Brain Mapp 10:120–131.

MacKenzie JD, Siddiqi F, Babb JS, Bagley LJ, Mannon LJ, Sinson GP, Grossman RI.  (2002)  Brain atrophy in
mild or moderate traumatic brain injury: a longitudinal quantitative analysis.  AJNR Am J Neuroradiol 23: 1509-1515.

Mori S, Oishi K, Faria AV.  (2009) White matter atlases based on diffusion tensor imaging.  Curr Opn Neurol 22(4): 362-339.

Palacios EM, Martin AJ, Boss MA, Ezekiel F, Chang YS, Yuh EL, Vassar MJ, Schnyer DM, MacDonald CL, Crawford KL, Irimia A, Toga AW, Mukherjee, and Track-TBI Investigators.  Toward precision and reproducibility of diffusion tensor imaging: A multicenter diffusion phantom and traveling volunteer study.  AJNR Am J Neuroradiol 38:537-545.

Ross DE, Ochs AL, Seabaugh JM, Shrader CR; ADNI.  (2013)  Man versus machine: comparison of radiologists; interpretations and NeuroQuant volumetric analysis of brain MRIs in patients with traumatic brain injury.  J Neuropsychiatry Clin Neurosci 25: 32-39.

Shin SS, Pathak S, Presson N, Bird W, Wagener L, Schneider W, Okonkwo DO.  (2014)  Detection of white matter injury in concussion using high-definition fiber tractography.  Prog Neurol Surg 28: 86-93.

Smith DH, Chen XH, Pierce JE, Wolf JA, Trojanowski JQ, Graham DI, McIntosh TK.  (1997)  Progressive atrophy and neuronal death for one year following traumatic brain injury in the rat.  J Neurotrauma 14:715-727.

Tzourio-Mazoyer N, Landeau B, Papathanassiou D, Crivello F, Etard O, Delcroix N, Mazoyer B, Joliot M.  (2002)  Automated anatomical labeling of activations in SPM using a macroscopic anatomical parcellation of the MNI MRI single-subject brain.  Neuroimage 15(1): 273-289.

Venkatraman VK, Gonzalez CE, Landman B, Goh J, Reiter DA, An Y, Resnick SM. (2015) Region of interest correction factors improve reliability of diffusion imaging  measures within and across scanners and field strengths.

Wilde EA, Bouix S, Tate DF, Lin AP, Newsome MR, Taylor BA, Stone JR, Montier J, Gandy SE, Biekman B, Shenton ME, York G.  (2015)  Advanced neuroimaging applied to veterans and service personnel with traumatic brain injury: state of the art and potential benefits.  Brain Imaging Behav 9: 367-402.

Zhou Y, Kierans A, Kenul D, Ge Y, Rath J, Reaume J, Grossman RI, Lui YW.  (2013)  Mild traumatic brain injury: longitudinal regional brain volume changes.  Radiology 267: 88-890.

